435 A.2d 179

**COMMONWEALTH OF Pennsylvania**

v.

**Ronald WOODS, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1981.

Decided Oct. 8, 1981.

Terris J. Green, Philadelphia, for appellant.

Gerald R. Solomon, Dist. Atty., Samuel J. Davis, Ralph Warman, Uniontown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Fayette County is affirmed.